| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Carey, Kevin J. | 2. Court or Organization United States Bankruptcy Court for the District of Delaware | 3. Date of Report 05/31/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-President (term expired in 2011) | Delaware Bankruptcy American Inn of Court |
| 2. | Executor | Estate #1 |
| 3. | Member, Board of Directors | American Bankruptcy Institute |
| 4. | Member, Board of Trustees | Turnaround Management Association |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Matthew Bender & Company, Inc. (Lexis/Nexis), Contributing Author to Collier Forms Manual | $15,000.00 |
| 2. 2011 | Temple University Beasley School of Law (teaching) | $8,667.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | LLC (Wages) |
| 2. 2011 | (payment for services) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | January 14-16, 2011 | Austin, TX | Cram Down - What Can I Prove is Fair and Equitable These Days - Panelist | Airfare, Lodging, Meals, Local Transportation, Program Fee |
| 2. | Turnaround Management Association | January 26-28, 2011 | Las Vegas, NV | Distressed Investing Conference - Panelist and attend Board Meetings | Airfare, Lodging, Meals, Local Transportation, Parking, Program Fee |
| 3. | Delaware Bankruptcy American Inn of Court | March 16, 2011 | Wilmington, DE | Joint Inns of Court attend Dinner | Reception and dinner |
| 4. | American Bankruptcy Institute | March 31-April 3, 2011 | National Harbor, MD | Annual Spring Meeting - Panelist and attend Board meetings | Lodging, Mileage, Tolls, Parking, Program Fee |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 05/31/2012 |

| | | | | |
|---|---|---|---|---|
| 5. | Delaware Bankruptcy American Inn of Court | April 1, 2011 | Washington, DC | American Inns of Court Annual Event - attend Dinner | Reception, Dinner, Local Transportation |
| 6. | Turnaround Management Association | April 27-29, 2011 | Chicago, IL | Panelist and attend Board meetings | Airfare, Lodging, Meals, Local Transportation, Parking, Program Fees |
| 7. | Turnaround Management Association | June 9, 2011 | Atlantic City, NJ | Annual Mid-Atlantic Meeting Panelist | Mileage, Tolls, Parking, Meals, Program Fees |
| 8. | American Bankruptcy Institute | August 4-6, 2011 | Hershey, PA | Mid-Atlantic Bankruptcy Workshop Attendee | Lodging, Meals, Program Fees |
| 9. | American Bankruptcy Institute | September 8-10, 2011 | Las Vegas, NV | Southwest Bankruptcy Conference Panelist | Airfare, Lodging, Meals, Local Transportation, Parking, Program Fees |
| 10. | American Bankruptcy Institute | September 16, 2011 | Georgetown, Washington, DC | Views from the Bench Panelist | Train Fare, Mileage, Parking, Program Fees |
| 11. | American Bankruptcy Institute | October 5, 2011 | New York, NY | Complex Financial Restructuring Panelist | Train Fare, Mileage, Local Transportation, Parking, Program Fees |
| 12. | Turnaround Management Association | October 25-27, 2011 | San Diego, CA | 2011 Annual Convention - attend Board meetings | Airfare, Lodging, Meals, Local Transportation, Parking, Program Fees |
| 13. | American Bankruptcy Institute | November 21, 2011 | Wilmington, DE | Views from the Bench Panelist | Program fees including meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIA Card Services (formerly Wachovia) | Line of Credit | J |
| 2. | Citibank VISA | Credit Card | K |
| 3. | American Express Optima | Credit Card | K |
| 4. | Barclaycard (formerly Bank of America - USAir) | Credit Card | K |
| 5. | American Express | Credit Card | K |
| 6. | TD Bank | Credit Card | J |
| 7. | Sears | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.          LLC 401(k) | C | Dividend | L | T | | | | | |
| 2.    Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3.    PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI.

Line #1 FIA Card Services (formerly Wachovia) - same account as 2010

Line #4  Bank of America (U.S.Air) now called Barclaycard -- same account as 2010

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/31/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544